

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Samsung Electronics Co., Ltd., Appellant

No. 06-24-00059-CV        v.

Koninklijke KPN N.V., Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 22-0762).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant and appellee shall each bear its own costs and fees incurred by reason of this appeal.

RENDERED JULY 31, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk